## Brenda Holter, Appellee, v. Forrest W. Holter, Appellant.

### Gen. No. 40,579.

opinion filed October 3, 1939. H. M. Phipps, for appellant; no appearance for appellee. Opinion by JUSTICE McSURELY. "Not to be published in full."